UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ULAS AVCI,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN L. BRENNAN,<br>POSTMASTER GENERAL,<br><br>Defendant. | No. 15-CV-12577-NMG |

### REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION TO STRIKE (Dkt. No. 13)

CABELL, U.S.M.J.

The plaintiff, Ulas Avci, alleges in his *pro se* complaint that his former employer, the United States Postal Service (the Postal Service) retaliated against him during the course of his employment. The defendant has moved to "strike" and/or "dismiss" the complaint on the ground that it "sets forth a barrage of allegations regarding the plaintiff's claims, which defy the requirements of a short, plain statement of the claim showing that the pleader is entitled to relief." As discussed below, the Court recommends that the motion be granted, without prejudice.

### I. RELEVANT FACTS

The following allegations are taken from the complaint (Dkt. No. 1) and accepted as true for purposes of the present motion. The plaintiff is a former employee of the Postal Service. Prior to 2011, he worked at a postal facility in Brockton, Massachusetts. In 2011 the plaintiff,

*[Handwritten annotation:]* ~~Report and Fee~~ After consideration of plaintiff's objections thereto (Docket No. 41), Report and Recommendation is accepted and adopted; plaintiff may file an amended complaint in compliance with said Report on or before Aug 5, 2016.
s/NMGorton, USDJ   7/15/16